# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

───────────────────────────

HELFERICH PATENT LICENSING, LLC,
*Plaintiff-Appellant*,

v.

THE NEW YORK TIMES COMPANY,
*Defendant-Appellee,*

and

J.C. PENNEY CORPORATION, INC.,
*Defendant,*

and

G4 MEDIA, LLC, THE BON-TON STORES, INC., BRAVO MEDIA LLC, and CBS CORPORATION,
*Third Party Defendants.*

───────────────────────────

2014-1196

───────────────────────────

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-04387, Judge John W. Darrah.

───────────────────────────

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

───────────────────────────

| | |
|---|---|
| | Brian M. Buroker |
| Alexander N. Harris | *Principal Attorney* |
| GIBSON, DUNN & CRUTCHER LLP | Blair A. Silver |
| 555 Mission Street, Suite 3000 | GIBSON, DUNN & CRUTCHER LLP |
| San Francisco, CA 94105 | 1050 Connecticut Avenue, N.W. |
| (415) 393-8264 | Washington, D.C. 20036 |
| | (202) 955-8500 |

*Counsel for Defendant-Appellee The New York Times Company*

*[Caption and additional counsel continued]*

HELFERICH PATENT LICENSING, LLC,
*Plaintiff-Appellant*,

v.

G4 MEDIA, LLC,
*Defendant-Appellee.*

———————————

2014-1197

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-07395, Judge John W. Darrah.

———————————

HELFERICH PATENT LICENSING, LLC,
*Plaintiff-Appellant*,

v.

CBS CORPORATION,
*Defendant-Appellee.*

———————————

2014-1198

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-07607, Judge John W. Darrah.

———————————

HELFERICH PATENT LICENSING, LLC,
*Plaintiff-Appellant*,

v.

BRAVO MEDIA LLC,
*Defendant-Appellee.*

———————————

*[Caption and additional counsel continued]*

———————————

2014-1199
_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-07647, Judge John W. Darrah.
_____

HELFERICH PATENT LICENSING, LLC,
*Plaintiff-Appellant*,

v.

J.C. PENNEY CORPORATION, INC.,
*Defendant-Appellee*.

_____

2014-1200
_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-09143, Judge John W. Darrah.
_____

Edward R. Reines
   *Principal Attorney*
Byron C. Beebe
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Counsel for Defendants-Appellees G4 Media, LLC, CBS Corporation, and Bravo Media, LLC*

[*Additional counsel continued*]

Adam Conrad
KING & SPALDING LLP
100 N. Tryon Street
Charlotte, NC 28202
(704) 503-2600

Benjamin M. Stern
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Daryl Joseffer
  *Principal Attorney*
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 737-0500

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT, LLP
131 South Dearborn Street
Chicago, IL 60603
(312) 263-3600

*Counsel for Defendant-Appellee J.C. Penney Corporation, Inc.*

**REQUESTED RELIEF**

Defendants-Appellees The New York Times Company, G4 Media, LLC, CBS Corporation, Bravo Media, LLC, and J.C. Penney Corporation, Inc., ("Appellees") respectfully move under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for a 32-day extension of time within which to file their principal brief, from May 22, 2014, to June 23, 2014. (A 30-day request would put the brief's due date on a Saturday.) This is Appellees' first request for an extension of the deadline for filing their principal brief.

**GROUNDS FOR UNOPPOSED MOTION**

Appellees request a 32-day extension of time within which to file their principal brief because the brief will require multiple levels of analysis and review by counsel at multiple firms. Moreover, several attorneys involved in the drafting of the brief are heavily involved in other district court litigations and appellate matters at present.

**STATEMENT OF CONSENT**

Counsel for Appellant Helferich Patent Licensing, LLC, have indicated that they have no objection to the relief sought by this motion and will not file a response in opposition.

1

## CONCLUSION

For good cause shown, Appellees respectfully request a 32-day extension of time, up to and including June 23, 2014, within which to file its brief in this appeal.

Dated: April 14, 2014

Alexander N. Harris
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8264

Respectfully submitted,

/s/ *Brian M. Buroker*
Brian M. Buroker*
   *Principal Attorney*
Blair A. Silver
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
T: (202) 955-8500
F: (202) 530-4200
bburoker@gibsondunn.com

*Counsel has consent of all Appellees to file the foregoing document

*Counsel for Defendant-Appellee The New York Times Company*

Edward R. Reines
   *Principal Attorney*
Byron C. Beebe
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Counsel for Defendants-Appellees G4 Media, LLC, CBS Corporation, and Bravo Media, LLC*

2

| | |
|---|---|
| | Daryl Joseffer |
| Adam Conrad | *Principal Attorney* |
| KING & SPALDING LLP | KING & SPALDING LLP |
| 100 N. Tryon Street | 1700 Pennsylvania Avenue, N.W. |
| Charlotte, NC 28202 | Washington, D.C. 20006 |
| (704) 503-2600 | (202) 737-0500 |
| | |
| Benjamin M. Stern | R. David Donoghue |
| HOLLAND & KNIGHT, LLP | Anthony J. Fuga |
| 10 St. James Avenue | HOLLAND & KNIGHT, LLP |
| Boston, MA 02116 | 131 South Dearborn Street |
| (617) 523-2700 | Chicago, IL 60603 |
| | (312) 263-3600 |

*Counsel for Defendant-Appellee J.C. Penney Corporation, Inc.*

# CERTIFICATES OF INTEREST

**Counsel for Defendant-Appellee The New York Times Company certifies the following:**

1. The full name of every party or amicus represented by me is:

The New York Times Company

2. The name of the real party in interest (if the party in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

| **Gibson, Dunn & Crutcher LLP** | **Hunton & Williams LLP** |
|---|---|
| Brian M. Buroker | Daniel George Vivarelli, Jr. |
| Alexander N. Harris | David A. Kelly |
| Blair A. Silver | |
| Matthew F. Chandler | **Marshall, Gerstein & Borun LLP** |
| David R. Chiang | Michael R. Weiner |
| | Julianne M. Hartzell |

**Counsel for Defendant-Appellee G4 Media LLC certifies the following:**

1.  The full name of every party or amicus represented by me is:

G4 Media LLC

2.  The name of the real party in interest (if the party in the caption is not the real party in interest) represented by me is:

None

3.  All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by me are:

G4 Media is a division of NBC Universal, LLC, which is wholly owned by Comcast Corporation.  No other publicly held company owns more than 10% of the stock of G4 Media.

4.  The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

| **Leydig, Voit & Mayer, Ltd.** | **Covington & Burling LLP** |
|---|---|
| David M. Airan | Matthew Brandon Phelps |
| John Knox Winn | Michael M. Markman |
|  | Robert J. Williams |
| **Weil, Gotshal & Manges LLP** | |
| Edward R. Reines | |

**Counsel for Defendant-Appellee CBS Corporation certifies the following:**

1. The full name of every party or amicus represented by me is:

CBS Corporation

2. The name of the real party in interest (if the party in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by me are:

CBS Corporation is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. Otherwise, with respect to ownership of the Class A voting stock of CBS Corporation in the amount of 10% or more, CBS Corporation is only aware of the following information based upon filings made pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934: according to a Schedule D dated February 25, 2011 and filed with the SEC on March 15, 2011, GAMCO Investors, Inc., along with certain entities and persons affiliated therewith, hold approximately 10.1% of CBS Corporation's Class A voting stock.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

**Leydig, Voit & Mayer, Ltd.**
David M. Airan
John Knox Winn

**Weil, Gotshal & Manges LLP**
Edward R. Reines

**Covington & Burling LLP**
Matthew Brandon Phelps
Michael M. Markman
Robert J. Williams

**Counsel for Defendant-Appellee Bravo Media LLC certifies the following:**

1. The full name of every party or amicus represented by me is:

Bravo Media LLC

2. The name of the real party in interest (if the party in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by me are:

Bravo Media is a division of NBC Universal, LLC, which is wholly owned by Comcast Corporation. No other publicly held company owns more than 10% of the stock of Bravo Media.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

| | |
|---|---|
| **Leydig, Voit & Mayer, Ltd.**<br>David M. Airan<br>John Knox Winn | **Covington & Burling LLP**<br>Matthew Brandon Phelps<br>Michael M. Markman<br>Robert J. Williams |
| **Weil, Gotshal & Manges LLP**<br>Edward R. Reines | |

**Counsel for Defendant-Appellee J.C. Penney Corporation, Inc. certifies the following:**

1.　　The full name of every party or amicus represented by me is:

J.C. Penney Corporation, Inc.

2.　　The name of the real party in interest (if the party in the caption is not the real party in interest) represented by me is:

N/A

3.　　All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by me are:

J.C. Penney Corporation, Inc. is wholly owned by J.C. Penney Company, Inc. which is a Delaware Corporation whose stock is publicly traded on the New York Stock Exchange.

4.　　The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

| **King & Spalding** | **Holland & Knight LLP** |
|---|---|
| Daryl Joseffer | R. David Donoghue |
| Adam Conrad | Anthony James Fuga |
|  | Benjamin M. Stern |

**J.C. Penney**
Diane K. Lettelleir

7

/s/ Brian M. Buroker
Brian M. Buroker*
   *Principal Attorney*
Blair A. Silver
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
T:  (202) 955-8500
F:  (202) 530-4200
bburoker@gibsondunn.com

*Counsel has consent of all Appellees to file the foregoing document

# DECLARATION OF BRIAN M. BUROKER
# IN SUPPORT OF UNOPPOSED MOTION FOR
# 32-DAY EXTENSION OF TIME TO FILE BRIEF

I, Brian M. Buroker, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.   I am a partner at Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036, and am the principal attorney representing Defendant-Appellee The New York Times Company in this appeal. I am an attorney in good standing with the bar of the District of Columbia and am admitted to practice before this Court.

2.   I submit this Declaration in support of Appellees Unopposed Motion for a 32-day Extension of Time to File Brief.

3.   The brief will require multiple levels of analysis and review by counsel at multiple firms. Moreover, several attorneys involved in the drafting of the brief are heavily involved in other district court litigations and appellate matters at present.

4.   I am counsel in a trial running from March 31, 2014, approximately through the end of April – *Apple Inc. v. Samsung Electronics Co., Ltd.* (N.D. Cal. No. 5:12-cv-00630-LHK).

5.   This is Appellees' first request for an extension of the deadline for filing their brief.

2

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of April, 2014 in Washington, D.C., United States.

          */s/ Brian M. Buroker*
          Brian M. Buroker
          GIBSON, DUNN & CRUTCHER LLP
          1050 Connecticut Avenue, N.W.
          Washington, D.C. 20036
          T: (202) 955-8500
          F: (202) 530-4200
          bburoker@gibsondunn.com

## CERTIFICATE OF SERVICE

I, Brian M. Buroker, hereby certify that that I caused the foregoing Unopposed Motion for Extension of Time to File Brief to be filed via the Court's CM/ECF system and served on counsel of record who have registered for such service on April 14, 2014.

*/s/ Brian M. Buroker*
Brian M. Buroker

*Counsel for Defendant-Appellee*
*The New York Times Company*